UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80576-CIV-HURLEY/HOPKINS

SCOTT and TAMAR COMITER,
individually and as next friend of their minor son,
MARCUS COMITER,
    plaintiffs,

vs.

SEARS, ROEBUCK & COMPANY and
ICON HEALTH & FITNESS, INC.,
    defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION & DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AS MOOT

**THIS CAUSE** is before the court upon the plaintiff's motion to enforce settlement agreement and motion for attorneys' fees and interest [DE# 78, 81]. This matter was previously referred to United States Magistrate Judge James Hopkins pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. [DE# 82]

On July 9, 2009, Magistrate Judge Hopkins filed a report and recommendation upon the motions. [DE # 85]. On July 15, 2009, plaintiffs filed their objections to the report [DE# 86]. Having carefully reviewed the report and recommendation, and provided *de novo* review as to those portions of the report to which objection has been lodged, the court concludes that the resolution of the issues as recommended by Magistrate Judge Hopkins is sound and accordingly will adopt that recommendation here.

1

Case No.:08-80576-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED:**

1. Magistrate Judge Hopkins   July 9, 2009 Report and Recommendation [DE#85] is   **ADOPTED** and  **INCORPORATED** in full.

2. The plaintiff's motion to enforce settlement agreement [DE# 78] is **DENIED as MOOT.**

3. The plaintiffs' motion for attorneys' fees and interest [DE# 81] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of July, 2009.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished to:
United States Magistrate Judge James Hopkins
all counsel